M/D 1

IN THE UNITED STATES DISTRICT COURT FOR  RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2009 APR 23 A 9:58

Oscar Prentice McDowell )
Full name and prison name of )
Plaintiff(s) )
) DEBRA P. HACKETT
) U.S. DISTRICT C'
v. ) MIDDLE DIST(?)
) CIVIL ACTION NO. 1:09CV376-wha
"Sheriff" Andy Hughes ) (To be supplied by Clerk of U.S. District
"Commander" Keith Reed ) Court)
"Sargent" Bochman 2nd Shift )
"Officer" Hughes 2nd Shift )
"Officer" Jackson 3rd Shift )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail, 901 East Main St. Dothan, Ala. 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail 901 East Main St. Dothan, Ala. 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | "Sheriff" Andy Hoggles | Houston County Jail |
| 2. | "Commander" Keith Reed | " " |
| 3. | "Sargent" Buchman 2nd shift | " " |
| 4. | "Officer" Hughes 2nd shift | " " |
| 5. | "Officer" Jackson 3rd shift | " " |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  March 19th 2009, March 28th 2009, April 4th 2009, April 10th 2009, April 18th 2009

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Once booked into the Jail I was made to sleep on the concrete floor without any mattress or bed linen

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Booking forms were forged with my signature. I did not recieve any bed liners. There is only beds and portable beds for 330 inmates, and there is over 500 inmates currently incarcerated at this facility.

GROUND TWO: I was made to eat my meals while sitting on the floor where urine and feces are present.

SUPPORTING FACTS: I am housed in E-Pod, and there is tables to seat 20 inmates. There is 31 inmates in E-Pod at this time. The same is in each Pod in this facility.

GROUND THREE: I have not been issued soap, toilet paper and hygine articles to care for myself in any way.

SUPPORTING FACTS: I am an indigent inmate and toilet paper is 85¢¢ on the Commisery. I was issued 3 bars of soap for one month. The soap issued is ½ inch thick X 1½ inch wide X 2½ inches long. Sufficient for (1) one shower

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I humbly ask the Court to issue an injunction against Sherriff Andy Hughes of the Houston County Jail to not admit another inmate until the Jail Capacity is within a sanitary limit.

The Commander be relieved of all duties at the Houston County Jail.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-19-09  .
                (Date)

_____
Signature of plaintiff(s)

(VI.)

(1). Plaintiff humbly asks the Court to order the Sherriff of the Houston County Jail to relieve Commander, Sargent, and officers metioned as defendants in this Complaint of all duties.

(2). Plaintiff humbly asks the Court to serve upon the defendants in their Official and individual capacity.

(3). Plaintiff humbly asks the Court to order all defendants to submitt to a Mental stress test, and physological evaluation.

(4). Plaintiff humbly asks the Court to order the defendants to pay for all Plaintiffs' fileing fees, attorney fees, and all Complaint Costs.

(5). Plaintiff humbly asks the Court to award the plaintiff the sum of ($10,000.00) Ten Thousand Dollars from each defendant for pain and suffering, and mental anguish suffered at their hands.

Oscar P. McDowell #62986
Houston County Jail
901 East Main St.
Dothan, Al. 36301

Privileged
Legal
Mail

Clerk, United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Ala. 36101-0711



3610130711 B007