IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OSCAR PRENTICE McDOWELL, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 1:09-cv-376-WHA |
| SHERIFF ANDY HUGHES, *et al.*, | ) ) ) | (WO) |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #22) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a. the Recommendation (Doc. #22) of the Magistrate Judge is ADOPTED;

b. the motion to dismiss filed by Defendants (Doc. #16) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Houston County Jail; and

b. this case is DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) due to Plaintiff's failure to exhaust an administrative remedy available to him at the Houston County Jail.

A separate judgment shall issue.

Done this 1st day of March, 2011.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE