IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR PRENTICE McDOWELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO. 1:09-cv-376-WHA (WO) |
| SHERIFF ANDY HUGHES, *et al.,* | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants and against the Plaintiff.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 1st day of March, 2011.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE